Honorable Benjamin Settle

IN THE US DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Jamie Elward, | NO. 3:22-CV-05645-BHS |
| Plaintiff, | |
| v. | Stipulated Motion and Order to Amend Complaint |
| Tempur Sealy International Inc., a foreign corporation, dba Tempur-Pedic North America, LLC, | |
| Defendant. | |

## 1. STIPULATION

In this removed case, the parties make this Stipulated Motion and Order to Amend Complaint. A copy of plaintiff's Proposed First Amended Complaint – with brackets indicating deletions, and underscores indicating additions per Local CR 15 – is attached.

DATED: November 18, 2022.

Prepared and Presented by
Attorney for Plaintiff

 */s/ Hugh J. McGavick*
Hugh J. McGavick
WSBA #12407

 Approved as to Form

 */s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301, laurence.shapero@ogletree.com

Stip Mot & Order to Amend Complaint- 1

Hugh J McGavick, PS
855 Trosper RD SW #108-298
Tumwater, WA 98512
Ph: (360) 867-0215
Fax: (360) 584-9381

And Emma Healy, WSBA #58384, emma.healey@ogletree.com

Attorneys for Defendant

Ogletree, Deakins, Nash, Smoak & Stewart, PC

1201 3rd Ave., Suite 5150

Seattle, WA 98101

Phone 206.693.7057

Fax 206.693.7058

*/s/ Emma Healy*

Emma Healy, WSBA #58384, emma.healey@ogletree.com

Attorneys for Defendant

Ogletree, Deakins, Nash, Smoak & Stewart, PC

1201 3rd Ave., Suite 5150

Seattle, WA 98101

Phone 206.693.7 057

Fax 206.693.7 058

## II. ORDER

Pursuant to the foregoing Stipulation of the parties,

It is hereby ORDERED that Plaintiff may file her First Amended Complaint.

Dated this 2nd day of December, 2022.

_____

BENJAMIN H. SETTLE

United States District Court Judge

Stip Mot & Order to Amend Complaint- 2

Hugh J McGavick, PS
855 Trosper RD SW #108-298
Tumwater, WA 98512
Ph: (360) 867-0215
Fax: (360) 584-9381