UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMIE ELWARD,<br><br>               Plaintiff,<br><br>  v.<br><br>TEMPUR SEALY INTERNATIONAL INC,<br><br>               Defendant. | CASE NO. C22-5645 BHS<br><br>ORDER |

      This matter comes before the Court on the parties' Joint Status Report Regarding Stipulated Protective Order. Dkt. 18. The parties disagree about the definition of "CONFIDENTIAL" MATERIALS that should be included in their stipulated protective order. Defendant proposed language, *see* Dkt. 18-1 at 2, which Plaintiff believes is "overly inclusive." Plaintiff requests that the Court "direct Defendant to designate a list of documents with specificity and granularity which it seeks to be designated as 'confidential.'" Dkt. 18 at 1–2. The parties also jointly request a telephone conference with the Court if the Court deems such a conference necessary to resolve the dispute. *Id.* at 2.

ORDER - 1

1    The Court views Defendant's proposed language as sufficiently descriptive. To the extent certain documents arise in discovery that Plaintiff believes should not be covered by the protective order, Plaintiff shall request such relief from the Court.

If the parties can agree to this Court's proposed remedy, they shall file the protective order as a stipulation. Otherwise, Defendant shall formally move the Court to enter the protective order as written, Plaintiff may respond, and the Court will rule based on that briefing.

Dated this 31st day of January, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2