# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMIE ELWARD,<br><br>      Plaintiff,<br><br>v.<br><br>TEMPUR SEALY INTERNATIONAL INC,<br><br>      Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 3:22-cv-05645-BHS |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

Judgment is entered in favor of the Defendant, Sealy, Inc.

Dated this 21st day of November, 2023.

                  <u>Ravi Subramanian</u>
                  Clerk

                  <u>*s/Ann Duke*</u>
                  Deputy Clerk