UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMIE ELWARD, an individual<br><br>Plaintiff,<br><br>v.<br><br>SEALY INC., a foreign corporation<br><br>Defendant(s), | Case No. 3:22-CV-05645 BHS<br><br>ORDER RE:<br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against Plaintiff JAMIE ELWARD, and on behalf of Defendant SEALY INC., in the uncontested amount of $4,618.75. Items that are to be partially awarded or vacated by the court will be listed below. All other requested costs are to be deemed as accepted by this court.

| Fee Type | Cost Requested | Cost Disallowed | Cost Allowed |
|---|---|---|---|
| **Fees of the Clerk** | $402.00 | $0.00 | $402.00 |
| **Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for use in the case** | $4,446.75 | $260.00- *E-transcript fees are duplicative of physical copies. Fees are allowed for either printed **or** electronic versions. ( 4@ $30.00=$120.00; 4@ $35.00=$140.00 )* | $4,186.75 |
| **Docket fees under 28 USC 1923** | $30.00 | $0.00 | $30.00 |

TAXATION OF COSTS -1

| Totals | Total Costs Requested | Total Costs Disallowed | Total Costs Allowed |
|---|---|---|---|
|  | $4,878.75 | $260.00 | $4,618.75 |

Entered this   29th   day of December, 2023,

                         Ravi Subramanian, Clerk
                         U. S. District Court


                    By:  s/ *Patrick Sherwood*
                         Patrick Sherwood
                         Deputy in Charge

TAXATION OF COSTS -2