UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMIE ELWARD,

              Plaintiff,

    v.

SEALY, INC,

              Defendant.

CASE NO. C22-5645 BHS

ORDER

THIS MATTER is before the Court on plaintiff Elward's Federal Rule of Evidence 107(c) motion to compel filing of illustrative exhibit, Dkt. 142. Elward asks the court to compel Sealy to file in Court the illustrative aid it used in opening statements and closing arguments. Dkt. 142 at 1. It contends that under Rule 107, illustrative aids must be entered into the record "when practicable." *Id*. She reasonably contends that she did not know at trial that Sealy's post trial motions would place at issue the aids it used, and asks the Court to complete the record in the event of an appeal.

Sealy contends that the motion is in fact an evidentiary objection that comes too late. The Court does not agree.

ORDER - 1

The Rule is clear: "While an illustrative aid is not evidence, if it is used at trial it must be marked as an exhibit and made part of the record, unless that is impracticable under the circumstances." Fed. R. Evid. 107 advisory committee's note. There is nothing impracticable about placing the illustrative aid in the record, even after trial. The Court and the jury saw the illustrative aids, and it has been raised as an issue in response to Sealy's post trial motions. There is no reason the Ninth Circuit should not be able to also see the actual aid in the event of an appeal. The motion, Dkt. 142, is **GRANTED**. Sealy shall place the referenced illustrative aid in the record. Its motion for fees in having to oppose Elward's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated this 18th day of May, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2